### CITY OF SYLVESTER *et al.* v. TISON *et al.*

BECK, J.  1.  Courts of equity will enjoin a nuisance at the suit of individuals, where it appears that they will suffer special damages not shared in by the public.     *Savannah &c. Ry. Co.* v. *Gill,* 118 *Ga.* 737 (45 S. E. 623)'; *Trust Company* v. *Ray,* 125 *Ga.* 485 (54 S. E. 145).

2.  The controlling question in this record is ruled in the case of *City of Sylvester* v. *Wooten,* 133 *Ga.* 186 (65 S. E. 405).

*Judgment affirmed.     All the Justices concur.*

Submitted May 6,—Decided November 20, 1909.

Injunction.     Before Judge Park.     Worth superior court.     April 3, 1909.

*W. E. Grubbs* and *Perry & Tipton,* for plaintiffs in error.
*Mark Tison* and *Claude Payton,* contra.